**FILED**
**U.S. District Court**
**District of Kansas**
06/11/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PATRIC GARY PATTERSON,

      **Plaintiff,**

      v.                            **CASE NO. 26-3096-JWL**

JEFF MONTAGNE, et al.,

      **Defendants.**

### MEMORANDUM AND ORDER

This matter is before the Court on a Motion to Dismiss (Doc. 5) filed by Plaintiff. Plaintiff states that he wants to dismiss the case because the defendants have agreed to improve conditions at the McPherson County Jail.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). The defendants to this suit have not been served and have not filed any response to the Complaint, making voluntary dismissal under Rule 41 appropriate. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See Hyde Constr. Co. v. Koehring Co.,* 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See id*.

      **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss (Doc. 11) is **granted**. This action is **dismissed without prejudice** under Fed. R. Civ. P. 41(a).

1

**IT IS SO ORDERED.**

**DATED:  This 11th day of June, 2026, at Kansas City, Kansas.**

<u>**S/  John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**